# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 24-CR-261** |
| : | |
| **OLEKSANDR DIDENKO,** : | |
|   also known as : | |
|   **Alexander Didenko,** : | |
| : | |
|   **Defendant.** : | |

## GOVERNMENT'S NOTICE
## OF FILING OF A NOTICE OF RELATED CRIMINAL CASE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully enters a Notice of Related Criminal Case in the above-captioned matter.

On May 29, 2024, a Grand Jury of the United States District Court for the District of Columbia entered an indictment in the above-caption matter. The government at the time of filing erroneously failed to include a Notice of Related Criminal Case form.

WHEREFORE, the United States enters a Notice of a Related Criminal Case in this matter filed herein.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    */s/ Karen P. W. Seifert*
Karen P. W. Seifert
Assistant United States Attorney
N.Y. Bar No. 4742342
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7527
Email: karen.seifert@usdoj.gov