AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

FID 11667824

**RECEIVED**
By USMS District of Columbia District Court at 10:44 am, May 30, 2024

United States of America
v.
OLEKSANDR DIDENKO,
also known as "Alexander Didenko"

*Defendant*

Case: 1:24-cr-00261
Assigned To : Judge Jia M. Cobb
Assign. Date : 5/29/2024
Description: Indictment (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Oleksandr Didenko, also known as "Alexander Didenko"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

a. 18 U.S.C. §§ 1343 & 1349 (Wire Fraud and Conspiracy).
b. 18 U.S.C. § 371 (Conspiracy to Defraud the United States and its Agencies).
c. 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft).
d. 18 U.S.C. §§ 1028(a)(7), (b)(1)(D), (c)(3)(A) & (f) (Conspiracy to Commit Fraud and Related Activity in Connection with Identification Documents).
e. 8 U.S.C. § 1324a (Unlawful Employment of Aliens).
f. 18 U.S.C. §§ 1956(a)(1)(B)(i), (a)(2)(A) & (h) (Conspiracy to Launder Monetary Instruments).
g. 18 U.S.C. § 1960 (Prohibition of Unlicensed Money Transmitting Business).
h. 18 U.S.C. § 911 (Falsely Presenting to be a Citizen of the United States).
i. 18 U.S.C. § 2 (Aiding and Abetting).

Date:     05/29/2024

*Issuing officer's signature*

City and state:     Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/30/24, and the person was arrested on *(date)* 12/31/24
at *(city and state)* Washington, DC

Date: 12/31/24

*Arresting officer's signature*

Greg Sweey DUSm
*Printed name and title*