# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CRIMINAL NO. 24-cr-0261 (RDM) |
| | : |
| **OLESANDR DIDENKO,** | : |

## NOTICE OF LOCAL RULE 45.1 WAIVER

COMES NOW the Defendant, Olesandr Didenko, by and through counsel, Christopher M. Davis, who agrees to the exclusion of time between December 31, 2024 to January 15, 2025 - the next scheduled court appearance (arraignment/status hearing).

1. Local Criminal Rule 45.1 states that "a defendant shall be arraigned within 14 days of the last to occur of the following dates: (1) The date on which an indictment or information is filed; (2) The date on which a sealed indictment or information is unsealed; or (3) The date of the defendant's first appearance before a judicial officer of this district."

2. Mr. Didenko made his first appearance in this district before Magistrate Judge Moxila A. Upadhyaya on December 31, 2024.

3. Mr. Didenko is a Ukrainian national whose English language skills are limited. His arraignment was continued to January 15, 2025, to allow time to have his indictment translated and to review it with counsel.

4. Mr. Didenko waives the 14-day time period outlined in Local Rule 45.1 and consents to having his arraignment held on January 15, 2025.

5. The United States does not oppose this waiver of time.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this response was served on counsel for the United States via the court's CM/ECF system and email to on this 3rd day of January 2025.

_____/s/_____
Christopher M. Davis