UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 24-CR-261 (RDM) |
| v. : | |
| : | |
| OLEKSANDR DIDENKO : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to continue the plea hearing scheduled to take place on September 17, 2025. The parties request that the Court reschedule the hearing to the week of November 10, 2025, or a date thereafter convenient for the Court and the parties.

1. The parties have been in plea negotiations and undersigned counsel has been in the process of drafting the written plea offer to submit to defense counsel. Due to undersigned counsel's heavy workload, including preparing for a three-week trial that is scheduled to begin before Judge Kollar-Kotelly on September 11, 2025, undersigned counsel has been unable to finalize the draft plea paperwork to send to defense counsel. Specifically, undersigned counsel has not had an opportunity to consult with supervisors regarding the appropriate forfeiture language to include in the plea letter or the opportunity to address any such proposed forfeiture language with defense counsel. Defense counsel has advised that once the plea documents are delivered, that he will need several weeks to have the plea documents translated for the defendant and to review these documents with his client. Defendant was extradited to the United States at the end of December 2024 and has been detained since that time. The parties still anticipate that the matter will be resolved with a pretrial disposition.

2. Undersigned counsel has spoken to counsel for the defendant who advised that

1

Defendant does not oppose the motion to continue. Further, defense counsel has advised that the Defendant has been advised of his rights under the Speedy Trial Act and agrees to waive the time between the filing of this motion and the next scheduled hearing.

3.  Accordingly, the government moves that this Court continue the plea hearing until a date during the week of November 10, 2025, or a date thereafter that is convenient for the Court and the parties.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/*Steven Wasserman*
Steven B. Wasserman
D.C. Bar No. 453251
Assistant United States
Attorneys 601 D Street, N.W.
Washington, D.C. 20530
(202) 272-7719-Wasserman
Steve.Wasserman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2025, I caused a copy of this motion to be served, via ECF upon counsel for the defendants.

/S/*Steven Wasserman*
Steven B. Wasserman
Assistant United States Attorney