UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 1:24-cr-00261 (RDM) |
| OLEKSANDR DIDENKO | : |
| Defendant. | : |

### PROPOSED CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by Defendant **OLEKSANDER DIDENKO**, and their counsel, Christopher Davis, in which the Defendant agreed to plead guilty to Count One and Four of the Superseding Indictment, charging him with the offenses of Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 1349, and Aggravated Identity Theft in violation of United States Code, Section 1028(a)(1) and the Defendant pleaded guilty to Counts One and Four;

*WHEREAS*, the Indictment gave notice that, upon conviction of the offense alleged in Count One and Four of the indictment, any property involved in this offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1)—and such forfeiture is mandatory, the defendant property is as follows:

1) 1.01019354 Bitcoin (Binance Account # X-9566)

2) 21,195.41 USDT (Binance Account # X-9566)

3) $3,260.80 (Payoneer Account # X-5583)

4) $2,169.20 (Payoneer Account # X-9812)

5) $2,827.50 (Payoneer Account # X-5285)

6) $3,999.60 (Payoneer Account # X-3987)

7) $4,059.24 (Payoneer Account # X-7987)

8) $1,484.77 (Payoneer Account # X-6476)

9) $2,803.30 (Payoneer Account # X-0521)

10) $2,112.55 (Payoneer Account # X-6140)

11) $5,905.33 (Payoneer Account # X-7369)

12) $3,000.00 (Payoneer Account # X-4193)

13) $1,122.55 (Payoneer Account # X-5383)

14) $2,240.99 (Payoneer Account # X-3692)

15) $1,575.00 (Payoneer Account # X-0269)

16) $2,331.98 (Payoneer Account # X-0203)

17) $5,876.64 (Payoneer Account # X-9550)

18) $3,527.98 (Payoneer Account # X-1280)

19) $2,207.80 (Payoneer Account # X-8398)

20) $1,287.00 (Payoneer Account # X-9680)

21) 11.25785825 Ethereum (Binance Account # X-8024)

22) 2.08470423 Ethereum (Binance Account # X-7156)

23) 3.02768163 Ethereum (Binance Account # X-2110)

**WHEREAS**, the Indictment gave notice that upon conviction, the United States will seek a forfeiture money judgment against the defendant.

**WHEREAS**, the defendant personally obtained at least $1,420,185.64 from Count One and Four.

**WHEREAS**, pursuant to Rule 32.2(c)(1), an order of forfeiture for a personal money judgment requires no ancillary proceeding and is therefore final.

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property.

*WHEREAS*, the Defendant admits that one or more conditions under Title 21, United States Code, Section 853(p)(1) exist, namely that any property involved in One and Four, or any property traceable to such property, that Defendant personally obtained, have been dissipated by the defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture.

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1. The Court finds that property the Defendant personally obtained $1,420,185.64 from the offenses of conviction. A forfeiture money judgment in the amount of $1,420,185.64 is entered against the defendant and in favor of the United States.

2. Upon final forfeiture of the $1,420,185.64 to the United States, the net proceeds realized by the United States shall be credited in the amount of $72,987.64 plus the value of the assets listed below at the time of liquidation less any administrative fees as to the forfeiture money judgment against the defendant:

   a) 1.01019354 Bitcoin (Binance Account # X-9566);
   b) 11.25785825 Ethereum (Binance Account # X-8024);
   c) 2.08470423 Ethereum (Binance Account # X-7156); and
   d) 3.02768163 Ethereum (Binance Account # X-2110)

3. The Court finds that the criminal earnings obtained by the Defendant, namely $1,420,185.64, have been dissipated by the defendant and cannot be located upon the exercise of

due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4. Pursuant to Rule 32.2(c)(1), because this order consists only of a personal money judgment, this is a final order of forfeiture.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the Defendant and shall be made part of the sentence and included in the judgment.

7. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

8. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this ___10th___ day of __November__, 2025.

HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Steven Wasserman
     Steven B. Wasserman
     Assistant United States Attorney
     D.C. Bar Number 453251
     United States Attorney's Office
     601 D Street NW
     Washington, D.C. 20530
     Telephone: 202-252-7719
     Email: steve.wasserman@usdoj.gov