February 4, 2026

RE: Inmate **Oleksandr Didenko**

To Attorney Christopher Davis,

I am writing on behalf of Mr. Oleksandr Didenko, an inmate at the Alexandria Detention Center (ADC). In January 2024, Mr. Didenko was appointed a kitchen trustee based on the recommendation of sworn and civilian staff. Throughout his time in the kitchen, Mr. Didenko adeptly performed a range of roles, excelling in every position, particularly on the diet line, where he prepared a variety of diet-restricted trays without error. This role required meticulous attention to detail, especially regarding the dietary and medical requirements of inmates on special diets. Mr. Didenko held this role for months without any performance-related incidents.

When the inmate laundry position became available, Mr. Didenko was my first choice to fill the vacancy in the three-person laundry workforce because the area was minimally supervised. In the laundry, his responsibilities include washing, folding, and stocking clothing, as well as sheets, towels, and blankets for the ADC inmate population. When not working in the laundry, Inmate Didenko, along with the other two laundry workers, painted every unit and common area of the jail, as noted in our most recent DOC and ACA audits.

In conclusion, Mr. Didenko's outstanding work ethic has not gone unnoticed. He had no disciplinary issues and demonstrated the ability to work effectively and efficiently, both independently and as part of a team. He has been an exemplary employee and inmate at the ADC.

In my line of work, I encounter many memorable people for the wrong reasons. Mr. Didenko will be one I will always remember for the right reasons.

V/r,

Deputy T. Wilson
Workforce Supervisor
Alexandria Sheriff's Office

To the Honorable Judge,

I am writing to respectfully provide a letter of recommendation for Mr. Oleksandr Didenko, currently an inmate at the Alexandria Detention Center.

Mr. Didenko was selected for assignment as a trustee in the kitchen based on his minimum-custody classification and the recommendation of both Deputy and civilian staff members. Such assignments are reserved for individuals who have demonstrated consistent compliance with facility rules and the ability to be trusted with increased responsibility. He later transitioned to the laundry section in April of 2025, where he worked under my supervision.

During his tenure in these roles, Mr. Didenko consistently demonstrated an exceptional work ethic, reliability, and the ability to work cooperatively with both staff and other inmates. Whether under direct supervision or working independently, he completed assigned tasks thoroughly and without incident. He remained focused on his responsibilities and maintained a positive, respectful demeanor at all times.

Mr. Didenko has also consistently maintained clean and orderly living quarters and has taken an active role in cleaning and maintaining the housing unit. This conduct reflects his personal discipline, respect for facility standards, and willingness to contribute positively to the overall environment.

In addition to his work responsibilities, Mr. Didenko has used his time productively by regularly reading and actively studying the English language. His efforts demonstrate a commitment to self-improvement and personal development.

Mr. Didenko was further entrusted with painting multiple areas of the facility to ensure the jail remained inspection-ready, reflecting the level of trust placed in him by staff and his proven ability to follow instructions and complete tasks to standard.  To date, he has successfully assisted with the painting of (4) big Housing Units and several high traffic common areas.

Based on my direct observations and professional experience supervising Mr. Didenko, I believe he has demonstrated accountability, discipline, and a sincere commitment to rehabilitation. I respectfully submit this letter for the Court's consideration.

V/r,

Deputy R. Stearns

Facility Support Unit

Alexandria Sheriff's Office