Your Honor, good afternoon. I deeply appreciate your time and attention. I hope this letter finds you in good health, high spirits, and at peace.

Initially, I intended to write this letter in English. However, as I began translating it from Ukrainian into English, it became clear how challenging it is to convey something so deeply personal in any language other than my native one.

For a long while, I struggled to find the right way to start, the proper words to use, or how to articulate my emotions. I even sought advice from others here, asking them what should be included in a letter addressed to a judge. Their response was always the same: "You must accept responsibility for the crime you committed."

This led me to reflect deeply – have I truly taken responsibility for my actions? If each night, before sleep, I endure the weight of emotional and verbal self-reproach for what I have done – if I am consumed by feelings of shame, regret, sadness, and inner turmoil – does that count as taking responsibility? I question myself constantly. After all of this, am I still a worthy son to my parents? Am I still capable of meeting the eyes of my friends and colleagues without shame?

I do not just regret my actions; I carry the weight of immense pain for what I have done. I acted without considering the consequences, without grasping the gravity of my choices, and without the maturity of thought. My impulsiveness led me to a place where I now pay with time - time that I have lost with my mother, my father, my family, and those I love. It is time to build my own family, to become a responsible citizen, to stand up for my country and defend it. Time that can never be reclaimed.

My friends and acquaintances are building their lives, raising children, and standing strong for the independence of our Ukraine. And me? I have spent the last two years confined within these prison walls.

When I was a child, my mother would often warn me in a stern tone, insisting that "the police would arrest anyone who drank and smoked and send them to prison." As her only son, I took her words deeply to heart. Inspired by her warnings, I resolved to lead a healthy life—steering clear of drinking, smoking, or using drugs altogether. But do you know how life unfolded for me in the end? Perhaps you can

guess. Avoiding alcohol does not automatically translate into a life of clarity or true sobriety.

Instead, I fell into the grip of different addictions. My intense obsession with IT and internet processes threw my professional career off course. My relentless chase for easy money corroded my morals and eroded my sense of identity. Carelessly, I misused the very skills I had worked hard to develop.

Now, I sit here in a cold, bleak cell – a constant reminder of the painful choices and mistakes that led me to this point.

I once acted impulsively, placing undue trust in my abilities, and now I sit in this cold cell, a constant reminder of the consequences of my actions. However, that chapter is closed. The past cannot be rewritten, but it has granted me clarity. My path forward is one of purpose, awareness, and deliberate choice.

Your Honor, I take full responsibility for the crime I committed; there is no other path for me. Only by acknowledging the full weight of my actions and understanding the depth of my mistake can I take meaningful steps towards moving forward, striving for redemption, and dedicating myself to becoming the best version of who I meant to be.

I am fully aware that the burden of this shame will remain with me for the rest of my life – an unalterable reality. However, I choose to carry it as motivation to do better and to live with renewed intention.

Your Honor, if you are genuinely questioning whether I knowingly committed this crime while being fully aware that the people I was assisting were North Koreans, my answer is no. I did not know their identity until 2024. It was not until South Korean intelligence agents revealed who my so-called "clients" really were that I realized how profoundly my life had been altered. That was the moment I grasped the weight of the word "depression." It was also then that I reached out to the FBI, providing my contact information and pleading for their assistance. The emotions within me were indescribable when, from a Polish prison, I read reports of North Korean soldiers aiding the Russian Federation in assaults on Ukrainian military positions. I broke down in tears, over and over again. The shame was unbearable. I carry the burden of being a traitor – an indelible mark upon my conscience. A traitor to my homeland, the country where I was born, raised, and educated; the

country where my parents and I reside; the place where my heart finds its greatest sense of belonging. At the same time, I stand as an enemy to the United States, a nation whose culture shaped much of my identity. It is a culture whose music I cherished, whose films held my fascination, and whose innovations in technology became a part of daily life. It was the biography of Steve Jobs, no less, that inspired me to pursue a career in IT – a turning point in my life, one where everything felt possible before it all fell apart.

During a time when the taxes of American citizens are sustaining and supporting Ukraine's independence, I find myself regrettably guilty of such a treacherous and reprehensible act. There is no justification for my actions, and I reflect on this heavily and often.

The period I spent at the Alexandria Detention Center was profoundly challenging and heartbreaking for me. What made both bearable and meaningful were the individuals I interacted with daily, who became an incredible source of strength and encouragement for me - Deputy Mrs. Wilson, Mrs. Lewis, Mr. Stearns, and Mr. Rowland. They are likely unaware that I mention them here, but I want you to know, Your Honor, that exceptional people are part of the ADC staff.

I began working in the kitchen as a nutritionist, then transitioned to a trusted role in the laundry room, eventually taking on additional domestic responsibilities. I greatly improved my English by reading books in the language, and to this day, I am amazed at how I managed to achieve it. I also developed skills in a job completely outside my previous experience.

Never did I imagine that during my time in prison, I would be treated with such respect and gratitude for the work I contributed.

As for what awaits me in federal prison, I can already form my impressions. This is a remarkable country, with extraordinary people and functional laws. I sincerely hope that one day, my own country will achieve similarly strong borders and effective laws.

I want to stress how deeply sorry I am for my actions. I offer my heartfelt apologies to those I have hurt and inconvenienced. There is no justification for what I did.

The arrest, while devastating to my life, also became a turning point – offering me a chance at a new, brighter future where I will remain honest with myself above all.

Your Honor, I am truly grateful for your time and consideration in reading this letter.

Sincerely,

Oleksandr Didenko

January 12, 2026

1

Ваша Честь, Доброго Дня. Дякую за приділений час та увагу. Маю надію, що читаючи цей лист Ви почуваєте себе добре, маєте хороший настрій і маєте душевний спокій.

На початку я хотів написати лист англійською мовою. Але після того як почав перекладати текст з української на англійську – зрозумів, що написати важливий для мене лист на не рідній мені мові буде досить складно.

Тривалий час я нерозумів з чого почати, з яких слів, з яких емоцій. Я запитував у ув'язнених „Що повинно бути висловлено в такому листі до судді?" Відповідь завжди була одна – „Ти повинен взяти на себе відповідальність за скоєний злочин."

Після усього я почав обдумувати, чи дійсно я взяв на себе ту відповідальність яку повинен. Якщо кожного вечора перед тим як заснути я словесно і емоційно караю себе за те що скоїв, якщо я відчуваю стид, сором, печаль, біль і персональну втому – чи означає це, що я взяв на себе відповідальність? Запитую я себе. Хіба після цього я є гідним сином для своїх батьків? Хіба я можу після цього дивитись в очі своїм друзям і колегам?

Мені не просто шкода за те, що я вчинив. Мені пекельно болить за те, що я вчинив. Не думавши про наслідки, не усвідомлюючи серйозності, не думавши як доросла особистість – я поставив себе в ситуацію при якій тепер повинен заплатити часом. Часом з мамою, часом з татом, часом з рідними та близькими. Часом на створення моєї сім'ї. Часом бути гідним громадянином моєї країни і захищати її.

Час який ніхто не зможе повернути.

Друзі і знайомі народжують і виховують дітей. Воюють за Незалежність нашої України. А я що? Я вже майже 2 роки знаходжусь у в'язниці.

Моя мама в дитинстві лякала мене словами „Хто п'є і краде – поліція ловить і відправляє у в'язницю." Як єдиний син, я завжди слухав її дуже уважно. І у відповідь на це завжди вів здоровий спосіб життя, не пив, не палив і

2

не вживав наркотиків. І знаєте, що трапилось? Так, Ви знаєте. Тверезість від алкоголю не означає бути повністю свідомо тверезим.

Бувши залежним в неправильний спосіб від ІТ і інтернет-процесів я зруйнував себе як професіонал. Бувши залежним від легкого заробітку я зруйнував себе як особистість.

Я сліпо використовував свої навички, а тепер знаходжуся в холодній камері, яка нагадує мені про зроблені помилки.

Але це все в минулому. Я не можу змінити минуле, але я точно знаю яким буде моє майбутнє. Моє майбутнє буде свідомим.

Так, Ваша Честь, я беру на себе повну відповідальність за скоєний злочин і не може бути ніяк інакше. Тільки в такий спосіб, усвідомлюючи найбільшу помилку свого життя, я зможу рухатись далі і вірити в краще майбутнє яке на мене чекає, працювати над найкращою версією себе.

Я певен, цей стид залишиться зі мною на всю решту мого життя, і це вже ніяк не змінити.

Ваша Честь, якщо Ви дійсно задаєтесь питанням, чи скоїв я цей злочин достеменно знаючи, що люди яким я допомагав є північно-корейцями? Моя відповідь - ні. Я не знав про це до моменту 2024 року. Тільки після того як агенти розвідки з Південної Кореї проінформували мене ким насправді є мої "клієнти" - я зрозумів, що моє життя змінилося на "До і Після". Саме тоді я зрозумів значення слова "депресія", саме тоді я написав лист до FBI зі своєю контактною інформацією і проханням допомогти. Важко описати емоції які кипіли в мені коли я, вже знаходячись в польській в'язниці, читав новини, що північно-корейські солдати допомагають Російській Федерації утримувати українські військові позиції. Я плакав. Плакав і знову плакав. Я зрадник, і це моє клеймо. Я зрадник для моєї рідної країни, в якій я родився, зростав, здобув освіту в якій живу і в якій живуть мої батьки, в країні в якій моє серце б'ється найспокійніше. І я ворог для США,

для країни на культурі якої я зростав, слухав музику, цікавився кінематографом і користувався ІТ-пристроями які були винайдені саме тут. Мені здавалось, що саме біографія Стіва Джобса заставила мене пов'язати моє життя з ІТ. Все змінилось на "До і Після".

Під час того як податки американських громадян допомагають моїй Україні існувати і бути незалежною, я здійснюю такий підступний і гряний злочин. Мені не може бути ніякого виправдання. Я думаю про це дуже часто.

Мабуть мені варто зізнатись, що час проведений у Alexandria Detention Center не був для мене трагічно важким. Причиною тому є люди з якими я працював разом кожного буденного дня і які стали мені великою підтримкою. Deputy Mrs. Wilson, Mrs. Lewis, Mr. Stearns and Mr. Rowland. Звичайно вони не знають, що я згадую про них у моєму листі. Але я хочу, щоб Ви знали, Ваша Честь, що в ADC працюють чудові люди.

Я працював на кухні на позиції дієтолога, потім був переведений на довірену позицію в пральню, а потім отримав додаткову роботу з іншою побутовою відповідальністю. Я значно підвищив свій рівень англійської, читаючи книги цією мовою я досих пір дивуюсь як в мене це виходить. Здобув навики в роботі в якій раніше немав зовсім ніякого досвіду.

Я б ніколи не подумав, що у в'язниці до мене можуть відноситись з такою повагою і вдячністю за зроблену роботу.

Я не знаю, що чекає на мене у федеральній в'язниці, але свою думку я можу сформулювати вже зараз: Ви маєте чудову країну, з чудовими людьми і працюючими законами. Я надіюсь прийде час і моя країна буде такою ж міцною кордонами і такою ж міцною законами.

Я повторюю це знову, мені дуже шкода за те що я вчинив. Я прошу вибачення у людей яким завдав біль і створив проблеми. Мені немає виправдання.

Арешт - так само як зруйнував моє життя, так само і подарував нове. Нове світле майбутнє в якому я більше ніколи не збираюсь брехати самому собі.

Ваша Честь, щиро дякую за Ваш час і приділену цьому листу увагу.

З повагою, Oleksandr Didenko

12.01.2026