**Dmytro Lymar**

February 2, 2026

The Honorable Randolph D. Moss
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

**RE: Character Reference for Oleksandr Didenko, Case No. 1:24-cr-00164**

My name is Dmytro Lymar, and I am writing to you to plead for leniency for my friend, Oleksandr Didenko. I have known Oleksandr for over 15 years as one of the best students at the college we attended together, a devoted son, a responsible and ambitious individual, and, quite simply, my best friend.

I am aware of the serious federal charges to which Oleksandr has pleaded guilty, specifically regarding wire fraud and identity theft. The information regarding the connection to North Korean IT workers came as a profound shock to me, as it stands in stark contrast to the Oleksandr I know. The man I know is not someone with malicious intent against any country, but rather a young man with a brilliant mind and a great passion for work who, unfortunately, made a terrible choice in how to apply his skills.

I would like to share a different perspective on Oleksandr. In my eyes, he has always been, and remains, an exceptionally kind and polite person — someone who always offers support without judgment, someone who can be trusted and relied upon in any situation.

From our first year in college, we bonded over our shared passion for technology, always discussing the latest gadgets and innovations. It was clear from the start that he would achieve great success due to his talent for setting ambitious goals and working tirelessly to achieve them. Even then, 15 years ago, he worked harder than any of our peers to support himself and provide financial assistance to his mother. Work has always been his priority. I have always associated him with love and care for his parents, boundless diligence, and the drive to complete any task at 100%.

I see sincere remorse in Oleksandr's actions and behavior, yet he remains courageous and focused. He now fully realizes that his actions had real-world consequences, and he deeply regrets that, through his shortsightedness, he may have facilitated actors that threaten global security. He is crushed by the shame he has brought upon himself. He shared with me that he was afraid and ashamed to reach out after his arrest, fearing I would be disappointed and would no longer want to communicate with him.

When we began speaking after his arrest, his first priority was asking me to let his mother, Oksana Didenko, know that he was okay. When Oleksandr went missing, she was

frantic with worry; I comforted her daily to ease her distress. Oleksandr is the only person who truly cared for and loved her. Given her age, fragile health, and the harrowing conditions of the war in Ukraine, Oleksandr has sought to shield her from this devastating news, fearing the shock would be more than she could survive. Currently, under the difficult conditions of war in our country, with constant shelling and prolonged power outages, she struggles immensely to cope alone without her loving son's help. On this day as I write this letter, the temperature is -25°C (approximately -13°F). Because electricity is rarely available during the day and mostly at night, she stays awake all night tending the a wood-fired boiler, which also uses electricity to keep the house warm. She refuses to relocate and is simply waiting for her son to return and help. I assist her as much as I can, but it cannot replace even a tenth of the care Oleksandr provided; he is literally her entire reason for living.

      I truly believe that Oleksandr is capable of redemption. He is young and talented. I am convinced that upon his release, he will use his skills legally and productively. He has learned an incredibly hard lesson. Since his first days in the Detention Center, he sought opportunities to work rather than remain idle, and I am certain he has received the highest marks for his conduct and responsibility there.

      Even after reviewing the charges, I have never doubted the core of Oleksandr's character. I am convinced that these actions were a tragic error in judgment, rather than a reflection of who he truly is as a person.

      I respectfully ask Your Honor to see Oleksandr as a human being who lost his way, not just as a defendant in this case, and to impose a fair sentence that allows him the chance to rebuild his life in the future.

      Respectfully submitted,

      Dmytro Lymar
Phone: +380633161628
Email: Ly.mr.dm.tr@gmail.com