**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Action No. 1:24-CR-00261** |
| | **:** | |
| **OLEKSANDR DIDENKO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 13, 2026 and ending on March 14, 2026. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2026 at Washington, DC.

*Shirley Long*
Shirley Long
Records Examiner

Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**COURT CASE NUMBER: 1:24-CR-00261; NOTICE OF FORFEITURE**

Notice is hereby given that on November 10, 2025, in the case of <u>U.S. v. Oleksandr Didenko</u>, Court Case Number 1:24-CR-00261, the United States District Court for the District of Columbia entered an Order condemning and forfeiting the following property to the United States of America:

$4,059.34 in funds from Account Holder ID XXXX7987 in the name of Andrii Syniahivskyi, at Payoneer, Inc., New York, NY Acct# ID # 70127987 (24-FBI-004989), including the following items: 1 FEDWIRE VOUCHER NO: 630022, Ser No: 2024061300484787 which was seized from Andrii Syniahivskyi on May 14, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$3,999.60 in funds from Account Holder ID XXXX3987 in the name of Gabriel Zin, at Payoneer, Inc., New York, NY Acct# ID # 75003987 (24-FBI-005061), including the following items: 1 FEDWIRE VOUCHER NO: 630022, Ser No: 2024061300484787 which was seized from Gabriel Zin on May 14, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$2,827.50 in funds from Account Holder ID XXXX5285 in the name of Andrii Zakhliupanyi, at Payoneer, Inc., New York, NY Acct# ID # 72685285 (24-FBI-005062), including the following items: 1 FEDWIRE VOUCHER NO: 630022, Ser No: 2024061300484787 which was seized from Andrii Zakhliupanyi on May 14, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$2,169.20 in funds from Account Holder ID XXXX9812 in the name of Eduard Kostiukevych at Payoneer Inc., New York, NY Acct# ID # 74589812 (24-FBI-005063), including the following items: 1 FEDWIRE VOUCHER NO: 630022, Ser No: 2024061300484787 which was seized from Eduard Kostiukevych on May 14, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$3,260.80 in funds from Account Holder ID XXXX5583 in the name of Orest Tytarchuck, at Payoneer, Inc., New York, NY Acct# ID # 41185583 (24-FBI-007355), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Orest Tytarchuck on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$1,484.77 in funds from Account Holder ID XXXX6476 in the name of Julia Schernhammer, at Payoneer, Inc., New York, NY Acct# ID # 41706476 (24-FBI-007364), including the following items: 1 FEDWIRE VOUCHER NO:

660028, Ser No: 2024091600366098 which was seized from Julia Schernhammer on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$3,000.00 in funds from Account Holder ID XXXX4193 in the name of Ruslan Havrylov, at Payoneer, Inc., New York, NY Acct# ID # 49354193 (24-FBI-007377), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Ruslan Havrylov on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$2,112.55 in funds from Account Holder ID XXXX6140 in the name of Charles Punay, at Payoneer, Inc., New York, NY Acct# ID # 52806140 (24-FBI-007386), including the following items: 1 FEDWIRE VOUCHER NO:660028, Ser No: 2024091600366098 which was seized from Charles Punay on September 05, 2024 at c/o Payoneer, inc., 150 West 30th Street, Room 500, located in New York, NY

$2,803.30 in funds from Account Holder ID XXXX0521 in the name of Vladyslav Zadachyn, at Payoneer, Inc., New York, NY Acct# ID # 56170521 (24-FBI-007393), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Vladyslav Zadachyn on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$5,905.33 in funds from Account Holder ID XXXX7369 in the name of Oleksandr Tyshkov, at Payoneer, Inc., New York, NY Acct# ID # 59967369 (24-FBI-007406), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Oleksandr Tyshkov on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$2,240.99 in funds from Account Holder ID XXXX3692 in the name of Maksym Zhyla, at Payoneer, Inc., New York, NY Acct# ID # 61953692 (24-FBI-007407), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Maksym Zhyla on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$1,122.55 in funds from Account Holder ID XXXX5383 in the name of Kevin Lin, at Payoneer, Inc., New York, NY Acct# ID # 62105383 (24-FBI-007411), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Kevin Lin on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$5,876.64 in funds from Account Holder ID XXXX9550 in the name of Eduard Slautynskyi, at Payoneer, Inc., New York, NY Acct# ID # 65789550 (24-FBI-007416), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Eduard Slautynskyi on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$2,331.98 in funds from Account Holder ID XXXX0203 in the name of Artem Voitsekhovskyi, at Payoneer, Inc., New York, NY Acct# ID # 65830203 (24-FBI-007417), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Artem Voitsekhovskyi on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$1,575.00 in funds from Account Holder ID XXXX0269 in the name of Volodymyr Borsuk, at Payoneer, Inc., New York, NY Acct# ID # 66840269 (24-FBI-007456), including the following items: 1 FEDWIRE VOUCHER NO:660028, Ser No: 2024091600366098 which was seized from Volodymyr Borsuk on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$1,287.00 in funds from Account Holder ID XXXX9680 in the name of Vladimir Spakovski, at Payoneer, Inc., New York, NY Acct# ID # 68559680 (24-FBI-007458), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Vladimir Spakovski on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$2,207.80 in funds from Account Holder ID XXXX8398 in the name of Iryna Vapirova, at Payoneer, Inc., New York, NY Acct# ID # 69128398 (24-FBI-007459), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Iryna Vapirova on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

$3,527.98 in funds from Account Holder ID XXXX1280 in the name of Vladyslava Sysa, at Payoneer, Inc., New York, NY Acct# ID # 69561280 (24-FBI-007460), including the following items: 1 FEDWIRE VOUCHER NO: 660028, Ser No: 2024091600366098 which was seized from Vladyslava Sysa on September 05, 2024 at c/o Payoneer, Inc., 150 West 30th Street, Room 500, located in New York, NY

1.01019354 Bitcoin from Account #XXXX9566 held in the name of Oleksandr Didenko at Binance, Seychelles Acct# 17299566 (24-FBI-007553) which was seized from Oleksandr Didenko on October 23, 2024 at c/o Nest Services Limited d/b/a Binance, located in New York, NY

3.02768163 Ethereum from Account #XXXXX1103 held in the name of Serhi Syvolap at Binance, Seychelles Acct# 746321103 (24-FBI-007555) which was seized from Serhi Syvolap on October 23, 2024 at c/o Nest Services Limited d/b/a Binance, located in New York, NY

2.08470423 Ethereum from Account #XXXXX1569 held in the name of Aroslav Danko at Binance, Seychelles Acct# 142471569 (24-FBI-007556) which was seized from Aroslav Danko on October 23, 2024 at c/o Nest Services Limited d/b/a Binance, located in New York, NY

11.25785825 Ethereum from Account #XXXXX0246 held in the name of JOHN DOE at Binance, Seychelles Acct# 406680246 (24-FBI-007559) which was seized from John Doe on October 23, 2024 at c/o Nest Services Limited d/b/a Binance, located in New York, NY

21,195.41 USDT from Account #XXXX9566 held in the name of Oleksandr Didenko at Binance, Seychelles Acct# 17299566 (25-FBI-000195) which was seized from Oleksandr Didenko on October 23, 2024 at c/o Nest Services Limited d/b/a Binance, located in New York, NY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 13, 2026) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 333 Constitution Ave., NW, Washington, DC 20001, and a copy served upon Assistant United States Attorney Rick Blaylock, 601 D Street, N.W., Washington, DC 20530. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Rick Blaylock, 601 D Street, N.W., Washington, DC 20530. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for

remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 13, 2026 and March 14, 2026.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Oleksandr Didenko

**Court Case No:**     1:24-CR-00261
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/13/2026 | 23.9 | Verified |
| 2 | 02/14/2026 | 23.9 | Verified |
| 3 | 02/15/2026 | 23.9 | Verified |
| 4 | 02/16/2026 | 24.0 | Verified |
| 5 | 02/17/2026 | 23.9 | Verified |
| 6 | 02/18/2026 | 23.9 | Verified |
| 7 | 02/19/2026 | 23.9 | Verified |
| 8 | 02/20/2026 | 23.9 | Verified |
| 9 | 02/21/2026 | 24.0 | Verified |
| 10 | 02/22/2026 | 23.8 | Verified |
| 11 | 02/23/2026 | 23.9 | Verified |
| 12 | 02/24/2026 | 23.9 | Verified |
| 13 | 02/25/2026 | 23.9 | Verified |
| 14 | 02/26/2026 | 23.9 | Verified |
| 15 | 02/27/2026 | 23.9 | Verified |
| 16 | 02/28/2026 | 23.9 | Verified |
| 17 | 03/01/2026 | 23.9 | Verified |
| 18 | 03/02/2026 | 23.9 | Verified |
| 19 | 03/03/2026 | 23.9 | Verified |
| 20 | 03/04/2026 | 23.9 | Verified |
| 21 | 03/05/2026 | 23.9 | Verified |
| 22 | 03/06/2026 | 24.0 | Verified |
| 23 | 03/07/2026 | 23.9 | Verified |
| 24 | 03/08/2026 | 23.9 | Verified |
| 25 | 03/09/2026 | 23.9 | Verified |
| 26 | 03/10/2026 | 23.9 | Verified |
| 27 | 03/11/2026 | 23.9 | Verified |
| 28 | 03/12/2026 | 23.9 | Verified |
| 29 | 03/13/2026 | 23.9 | Verified |
| 30 | 03/14/2026 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.